# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAGGIE J. SANTANA, | |
| Plaintiff, | Case No. 2:16-cv-00973-GMN-GWF |
| vs. | **ORDER** |
| WALMART STORES, INC., | |
| Defendants. | |

This matter is before the Court on the parties' failure to file Certificates as to Interested Parties as required by LR 7.1-1. Counsel for Defendant removed this matter to federal court on April 29, 2016. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, the parties' have failed to comply. Accordingly,

**IT IS ORDERED** that the parties shall file their Certificates as to Interested Parties, which fully complies with LR 7.1-1 no later than **July 8, 2016**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 28th day of June, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge