1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  BETSY C. JEFFERIS
   Nevada Bar No.12980
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
   504 South Ninth Street
4  Las Vegas, Nevada 89101
   (702) 938-1510
5  bentzminger@psawlaw.net
6  bjefferis@psalaw.net

7  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*
8

9              UNITED STATES DISTRICT COURT

10                   DISTRICT OF NEVADA

11 | MAGGIE J. SANTANA, individually,        | Case No.: 2:16-cv-00973-GMN-GWF
12 |          Plaintiff,                     |
13 | v.                                      |
   |                                         | **STIPULATION AND ORDER FOR**
14 | WAL-MART STORES, INC., a Foreign        | **DISMISSAL WITH PREJUDICE**
   | corporation; DOES 1 through 100; and ROE|
15 | CORPORATIONS 1 through 100,             |
16 |          Defendants.                    |
17

18       IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

19 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

20 //
21 //
22 //
23 //
24 //
25 //
26
27 //
28 //

- 1 -

party's own costs and attorney's fees.

DATED this 30 day of November, 2016.

**RICHARD HARRIS LAW FIRM**

_____
Elaine H. Marzola, Esq.
801 S. Fourth St.
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Maggie J. Santana*

DATED this 6th day of Dec, 2016.

**PHILLIPS, SPALLAS & ANGSTADT**

_____
Betsy C. Jefferis, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 7 day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE